# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DANIEL SMITH**
ADC #140206                                                                                    **PETITIONER**

v.                    No. 4:21-cv-794-DPM-JTR

**DEXTER PAYNE**, Director,
Arkansas Division of Correction                                             **RESPONDENT**

## ORDER

I was serving on the Arkansas Court of Appeals when Smith's direct appeal was pending in that Court. I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 October 2021