# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DANIEL SMITH                                                                                          PETITIONER
ADC #140206

V.                              No. 4:21-CV-794-JTR
                       (Related Case: No. 5:08-CV-288-SWW)

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                         RESPONDENT

## JUDGMENT

Consistent with the Memorandum Opinion that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, without prejudice.

DATED this 28th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE